IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Timothy Galbreath, | ) | Case No.:  6:26-cv-01308-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Prudential Insurance Company of America, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order.

s/ Nathaniel W. Bax
Nathaniel W. Bax, Esq.
Federal Bar #:  09835
**FOSTER LAW FIRM, LLC**
25 Mills Avenue
Greenville, SC 29605
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail:  nbax@fosterfoster.com

Date: June 25, 2026                    Attorneys for Plaintiff